IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE | ) CASE NO: 07-05917-TBB-7 |
| CARROLL, LEE | ) CHAPTER 7 |
| | ) |
| DEBTOR(S). | ) |

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, James G. Henderson, Ch. 7 Trustee, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit a check to the Clerk of this Court in the amount of **$12,684.46** which represents the following:

| Claim No. | Creditor | Dividend or Unclaimed Fund |
|---|---|---|
| 15 | TCI Memphis | $55.34 |
| 19 | Labor Finders | 5.44 |
| 40 | Christian Testing Laboratories | 34.63 |
| 43 | American Johnny of N MS, Inc. | 6.45 |
| 47 | Magnolia Plumbing | 17.67 |
| 60 | Vinyl Masters | 27.27 |
| 61 | Vinyl Masters | 24.04 |
| 69 | Winkler Properties, LLC | 162.78 |
| 78 | Bowe Creative Group, Inc. c/o E. Brazeal | 81.39 |
| 80 | Wade Cowden c/o E. Brazeal | 325.55 |
| 94 | Regions Bank c/o Chris Hawkins | 11,943.90 |

Respectfully submitted this the ____ day of July, 2010.

_____
JAMES G. HENDERSON, CH. 7 TRUSTEE

OF COUNSEL:
CHAPTER 7 TRUSTEE
800 Financial Center
505 North 20th Street
Birmingham, AL 35203-2605
(205) 328-9190