*Ann*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In re: | § § | |
| CARROLL, LEE | § § | Case No. 07-05917 TBB |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES G. HENDERSON, CH. 7 TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 7,468,643.43 | Assets Exempt: 48,124.74 |
| Total Distributions to Claimants: 48,119.77 | Claims Discharged Without Payment: 14,745,508.15 |
| Total Expenses of Administration: 35,364.96 | |

3) Total gross receipts of $ 83,484.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 83,484.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,364.96 | 35,364.96 | 35,364.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 14,780,943.46 | 14,793,627.92 | 48,119.77 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 14,816,308.42 | $ 14,828,992.88 | $ 83,484.73 |

4) This case was originally filed under chapter 7 on 12/28/2007. The case was pending for 32 months.

5) A copy of the final bank statement of the estate, reflecting a zero balance has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/19/2010           By:/s/JAMES G. HENDERSON, CH. 7 TRUSTEE
                                          Trustee

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 40 ACRES, MACON COUNTY, AL. | 1110-000 | 80,000.00 |
| TAX REFUND RECEIVED POST PETITION | 1224-000 | 1,133.33 |
| TAX REFUND RECEIVED POST PETITION | 1224-000 | 2,266.66 |
| Post-Petition Interest Deposits | 1270-000 | 84.74 |
| **TOTAL GROSS RECEIPTS** | | **$83,484.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

Case 07-05917-TBB7    Doc 230    Filed 09/28/10    Entered 09/28/10 10:45:31    Desc Main Document    Page 3 of 17

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| POPE, TRUSTEE, MAX C. | 2100-000 | NA | 7,423.69 | 7,423.69 | 7,423.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 55.75 | 55.75 | 55.75 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 1,853.00 | 1,853.00 | 1,853.00 |
| ALABAMA DEPARTMENT OF REVENUE | 2820-000 | NA | 2,293.00 | 2,293.00 | 2,293.00 |
| SCHILLING, W. DENNIS | 3210-000 | NA | 8,100.03 | 8,100.03 | 8,100.03 |
| SCHILLING, W. DENNIS | 3210-000 | NA | 2,282.39 | 2,282.39 | 2,282.39 |
| EDMOND R. DENABURG | 3410-000 | NA | 5,357.10 | 5,357.10 | 5,357.10 |
| ASSET LIQUIDATORS, INC. | 3711-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 35,364.96 | $ 35,364.96 | $ 35,364.96 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AIR & HEAT SERVICE CO | 7100-000 | NA | 6,951.06 | 6,951.06 | 22.63 |
| ALABAMA GRAPHICS | 7100-000 | NA | 4,911.06 | 4,911.06 | 15.99 |
| AMERICAN BUILDERS & CONTRACTORS SUP | 7100-000 | NA | 15,916.68 | 15,916.68 | 51.82 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 165,341.91 | 165,341.91 | 538.28 |
| AMERICAN EXPRESS BANK FSB | 7100-000 | NA | 17,407.08 | 17,407.08 | 56.67 |
| AMERICAN EXPRESS TRAVEL RELATED SVC | 7100-000 | NA | 41,519.32 | 41,519.32 | 135.17 |
| AMERICAN JOHNNY OF N MS INC | 7100-000 | NA | 1,980.26 | 1,980.26 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATLANTA WEST CARPETS ALABAMA DIV | 7100-000 | NA | 90,066.10 | 90,066.10 | 293.21 |
| AUBURN MILLWORK | 7100-000 | NA | 13,331.50 | 13,331.50 | 43.40 |
| BALDWIN COUNTY FENCE CO | 7100-000 | NA | 2,314.84 | 2,314.84 | 7.54 |
| BILLINGSLY DRYWAL & SUPPLY | 7100-000 | NA | 12,813.00 | 12,813.00 | 41.71 |
| BIRD FASTENERS | 7100-000 | NA | 4,752.22 | 4,752.22 | 15.47 |
| BOWE CREATIVE GROUP, INC. | 7100-000 | NA | 25,000.00 | 25,000.00 | 0.00 |
| BRUCE L. GORDON, ESQ. | 7100-000 | NA | 6,547.50 | 6,547.50 | 21.32 |
| BUILDERS FIRST SOURCE | 7100-000 | NA | 66,475.09 | 66,475.09 | 216.41 |
| BUNDREN PLUMBING LLC | 7100-000 | NA | 2,911.47 | 2,911.47 | 9.48 |
| CABINETS UNLIMITED | 7100-000 | NA | 10,637.55 | 10,637.55 | 34.63 |
| CHRISTIAN TESTING LABORATORIES | 7100-000 | NA | 10,637.55 | 10,637.55 | 0.00 |
| CIT TECHNOLOGY PROCESSING SOLUTIONS | 7100-000 | NA | 18,034.76 | 18,034.76 | 58.71 |
| CIT TECHNOLOGY PROCESSING SOLUTIONS | 7100-000 | NA | 7,199.56 | 7,199.56 | 23.44 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CIT TECHNOLOGY PROCESSING SOLUTIONS | 7100-000 | NA | 8,706.62 | 8,706.62 | 28.34 |
| CITADALE BROADCASTING CO | 7100-000 | NA | 2,500.00 | 2,500.00 | 8.14 |
| CLERK, U.S. BANKRUPTCY COURT | 7100-000 | NA | 0.00 | 12,684.46 | 12,684.46 |
| COVINGTON FLOORING CO | 7100-000 | NA | 1,972.00 | 1,972.00 | 6.42 |
| DBI INC | 7100-000 | NA | 1,679.70 | 1,679.70 | 5.47 |
| DRAIN RIGHT GUTTERING OF AL | 7100-000 | NA | 3,249.30 | 3,249.30 | 10.58 |
| ELLIOTT LUMBER INC | 7100-000 | NA | 44,112.00 | 44,112.00 | 143.61 |
| ELLIOTT LUMBER INC | 7100-000 | NA | 90,672.53 | 90,672.53 | 295.19 |
| ENVIRONMENTAL SERVICE OF SOUTH | 7100-000 | NA | 3,812.14 | 3,812.14 | 12.41 |
| FIA CARD SERVICES, N.A. | 7100-000 | NA | 3,521.57 | 3,521.57 | 11.46 |
| FIA CARD SERVICES, N.A. | 7100-000 | NA | 9,471.60 | 9,471.60 | 30.84 |
| FIRST COMMERCIAL BANK - C/O CLARK H | 7100-000 | NA | 470,191.48 | 470,191.48 | 1,530.72 |
| FORD LUMBER OF ROBERTSDALE INC | 7100-000 | NA | 4,117.09 | 4,117.09 | 13.40 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FOUNTAIN BUILDING & SUPPLY | 7100-000 | NA | 109,470.00 | 109,470.00 | 356.39 |
| GULF DEVELOPMENT LLC | 7100-000 | NA | 77,025.63 | 77,025.63 | 250.76 |
| HOLIDAY PLUMBING SERVICE | 7100-000 | NA | 6,832.00 | 6,832.00 | 22.24 |
| HUTCHINSON MOORE & RAUCH LLC | 7100-000 | NA | 38,707.94 | 38,707.94 | 126.02 |
| JENKINS BRICK COMPANY | 7100-000 | NA | 3,717.18 | 3,717.18 | 12.10 |
| KATHLEEN BEY | 7100-000 | NA | 75,000.00 | 75,000.00 | 244.16 |
| LABOR FINDERS | 7100-000 | NA | 1,669.52 | 1,669.52 | 0.00 |
| M & F BANK | 7100-000 | NA | 2,188,174.79 | 2,188,174.79 | 7,123.66 |
| MACKNALLY ROSS LAND DESIGN, PC | 7100-000 | NA | 4,455.09 | 4,455.09 | 14.50 |
| MAGNOLIA PLUMBING | 7100-000 | NA | 5,426.87 | 5,426.87 | 0.00 |
| MARLIN LEASING CORPORATION | 7100-000 | NA | 5,363.13 | 5,363.13 | 17.46 |
| MATTHEW DAVIS CONSTRUCTION | 7100-000 | NA | 2,201.00 | 2,201.00 | 7.17 |
| MECHANICS BANK | 7100-000 | NA | 493,531.53 | 493,531.53 | 1,606.71 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OLD SOUTH BRICK SUPPLY COMP | 7100-000 | NA | 57,904.48 | 57,904.48 | 188.51 |
| PENHALL COMPANY | 7100-000 | NA | 3,500.00 | 3,500.00 | 11.39 |
| PRECISION SURVEYING LLC | 7100-000 | NA | 4,777.50 | 4,777.50 | 15.55 |
| RAM TOOL INC | 7100-000 | NA | 17,713.11 | 17,713.11 | 57.67 |
| RB ATKINS & ASSOC. | 7100-000 | NA | 3,038.00 | 3,038.00 | 9.89 |
| REGIONS BANK | 7100-000 | NA | 3,668,805.70 | 3,668,805.70 | 0.00 |
| REGIONS CHARITY CLASSIC | 7100-000 | NA | 3,500.00 | 3,500.00 | 11.39 |
| REYNOLDS READY MIX | 7100-000 | NA | 25,025.08 | 25,025.08 | 81.47 |
| SHERWIN WILLIAMS | 7100-000 | NA | 2,741.77 | 2,741.77 | 8.93 |
| SMITH BUILDING SUPPLY INC | 7100-000 | NA | 66,355.88 | 66,355.88 | 216.02 |
| SOUTHERN EARTH SCIENCES INC | 7100-000 | NA | 2,489.50 | 2,489.50 | 8.10 |
| SOUTHERN SASH SUPPLY | 7100-000 | NA | 6,086.16 | 6,086.16 | 19.81 |
| SPRING HILL LIGHTING & SUPPLY, INC. | 7100-000 | NA | 12,019.41 | 12,019.41 | 39.13 |
| STARNES & ATCHISON LLP | 7100-000 | NA | 16,729.11 | 16,729.11 | 54.46 |
| STEADIVEST CAPITAL, LLC, F/K/A TACT | 7100-000 | NA | 1,060,800.00 | 1,060,800.00 | 3,453.46 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TC CONSTRUCTION | 7100-000 | NA | 3,825.55 | 3,825.55 | 12.45 |
| TCI MEMPHIS | 7100-000 | NA | 17,000.00 | 17,000.00 | 0.00 |
| THIRD PHASE ELECTRIC | 7100-000 | NA | 40,105.75 | 40,105.75 | 130.57 |
| THOMPSON SUPPLY CO | 7100-000 | NA | 4,386.56 | 4,386.56 | 14.28 |
| TRACTOR & EQUIPMENT CO INC | 7100-000 | NA | 19,709.11 | 19,709.11 | 64.16 |
| V & W SUPPLY | 7100-000 | NA | 9,617.65 | 9,617.65 | 31.31 |
| VICTOR AND ANN BEY | 7100-000 | NA | 75,000.00 | 75,000.00 | 244.16 |
| VINYL MASTERS | 7100-000 | NA | 8,377.00 | 8,377.00 | 0.00 |
| VINYL MASTERS | 7100-000 | NA | 7,385.00 | 7,385.00 | 0.00 |
| WADE COWDEN | 7100-000 | NA | 100,000.00 | 100,000.00 | 0.00 |
| WHITNEY NATIONAL BANK | 7100-000 | NA | 5,303,963.77 | 5,303,963.77 | 17,267.20 |
| WINKLER PROPERTIES LLC | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| ACTON MOBILE INDUSTRIES | 7100-001 | NA | 1,016.49 | 1,016.49 | 3.31 |
| AL MAILBOX COMPANY | 7100-001 | NA | 399.89 | 399.89 | 1.30 |
| AMERICAN EXPRESS BANK FSB | 7100-001 | NA | 94.84 | 94.84 | 0.31 |
| AUBURN REPROGRAPHICS & SUPPLY | 7100-001 | NA | 850.07 | 850.07 | 2.77 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRIDGES OVERHEAD DOOR CO | 7100-001 | NA | 1,147.45 | 1,147.45 | 3.74 |
| BUFFALO ROCK COMP | 7100-001 | NA | 900.34 | 900.34 | 2.93 |
| CENTRAL GLASS CO INC | 7100-001 | NA | 232.32 | 232.32 | 0.76 |
| MCREA DRYWALL SERVICES | 7100-001 | NA | 1,097.60 | 1,097.60 | 3.57 |
| READY MIX USA | 7100-001 | NA | 1,246.00 | 1,246.00 | 4.06 |
| SERVICE CONSTRUCTION SUPPLY | 7100-001 | NA | 1,053.85 | 1,053.85 | 3.43 |
| STONE INTERIORS | 7100-001 | NA | 855.30 | 855.30 | 2.78 |
| VINYL MASTERS | 7100-001 | NA | 864.00 | 864.00 | 2.81 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 14,780,943.46 | $ 14,793,627.92 | $ 48,119.77 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 07-05917 | Judge: THOMAS B. BENNETT | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | CARROLL, LEE | | Date Filed (f) or Converted (c): | 12/28/07 (f) |
| | | | 341(a) Meeting Date: | 01/24/08 |
| For Period Ending: | 08/19/10 | | Claims Bar Date: | 04/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 84.74 | Unknown |
| 2. 1/2 INTEREST IN 126 RIDGE ROAD, HOMEWOOD, AL. TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $358,000.00. THERE ARE 3 MORTGAGES ON THE PROPERTY THAT TOTAL $1,525,070.73. | 358,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 1/3 INTEREST IN 6952 PALMETTO DRIVE, GULF SHORES TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $100,000.00. THERE ARE 3 MORTGAGES ON THE PROPERTY THAT TOTAL $1,475,000.00. | 100,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 236 KENT LANE, HOMEWOOD, AL. TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $164,380.00. THERE ARE 3 MORTGAGES ON THE PROPERTY THAT TOTAL $1,251,014.76. | 164,380.00 | 0.00 | OA | 0.00 | FA |
| 5. 476 SAN JUAN AVENUE, SANTA ROSA BEACH, FL TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $233,333.33. THERE ARE 2 MORTGAGES ON THE PROPERTY THAT TOTAL $1,577,500.00. | 233,333.33 | 0.00 | OA | 0.00 | FA |
| 6. 256 KENT LANE, HOMEWOOD, AL. TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $140,940.00. THERE IS 1 MORTGAGE ON THE PROPERTY THAT TOTALS $1,000,000.00. | 140,940.00 | 0.00 | OA | 0.00 | FA |

Case No: 07-05917  Judge: THOMAS B. BENNETT
Case Name: CARROLL, LEE

Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE
Date Filed (f) or Converted (c): 12/28/07 (f)
341(a) Meeting Date: 01/24/08
Claims Bar Date: 04/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7. 232 HALL AVENUE, HOMEWOOD, AL. TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $168,500.00. THERE ARE 2 MORTGAGES ON THE PROPERTY THAT TOTAL $115,610.85. | 168,500.00 | 52,889.15 | OA | 0.00 | FA |
| 8. 1/2 INTEREST IN 897 MOUNTAIN RIDGE DRIVE, B'HAM, A TRUSTEE ABANDONED DEBTOR CLAIM PROPERTY WORTH $231,700.00. THERE ARE 1 MORTGAGE ON THE PROPERTY THAT TOTAL $159,959.00. | 231,700.00 | 71,741.00 | OA | 0.00 | FA |
| 9. 40 ACRES, MACON COUNTY, AL. TRUSTEE SOLD TO ARTHUR C. CARROLL, III THIS PROPERTY FOR $80,000.00. ON 5/14/08. | 39,240.00 | 80,000.00 | OA | 80,000.00 | FA |
| 10. CASH ON HAND TRUSTEE ABANDONED | 200.00 | 200.00 | OA | 0.00 | FA |
| 11. 1/2 INTEREST IN CHECKING ACCT. @ REGIONS BANK TRUSTEE ABANDONED | 400.00 | 400.00 | OA | 0.00 | FA |
| 12. CHECKING ACCOUNT WITH REGIONS BANK TRUSTEE ABANDONED | 50.00 | 50.00 | OA | 0.00 | FA |
| 13. 1/2 INTEREST IN SAVINGS ACCOUNT @ REGIONS BANK TRUSTEE ABANDONED | 39.36 | 39.36 | OA | 0.00 | FA |

LFORM1
USBA Form 101-7-TDR (9/1/2009) (Page: 13)

Ver: 15.20

| Case No: | 07-05917 | Judge: THOMAS B. BENNETT |
|---|---|---|
| Case Name: | CARROLL, LEE | |

| Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/28/07 (f) |
| 341(a) Meeting Date: | 01/24/08 |
| Claims Bar Date: | 04/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. TERM LIFE INSURANCE POLICY - MOSS MUTUAL<br>TRUSTEE ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 15. HOUSEHOLD GOODS & FURNISHINGS<br>Debtor Claimed Exemption | 2,300.00 | 0.00 | OA | 0.00 | FA |
| 16. CLOTHES<br>Debtor Claimed Exemption | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 17. BROWNING 270 RIFLE, REMINGTON 870 12 GA. 22 GA.<br>Debtor Claimed Exemption | 450.00 | 0.00 | OA | 0.00 | FA |
| 18. TERM LIFE INSURANCE POLICY - MOSS MUTUAL<br>TRUSTEE ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. SIMPLE IRA - AXA ADVISORS<br>Debtor Claimed Exemption | 8,874.74 | 0.00 | OA | 0.00 | FA |
| 20. 401 (K) - MERRILL LYNCH<br>Debtor Claimed Exemption | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 21. IRA - NORTHWESTERN MUTUAL<br>Debtor Claimed Exemption | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 22. INTEREST IN CARROLL & GREEN GROUP HOLDING COMPANIE<br>TRUSTEE ABANDONED | 30,000.00 | 30,000.00 | OA | 0.00 | FA |

Case No: 07-05917  Judge: THOMAS B. BENNETT  
Case Name: CARROLL, LEE  
Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE  
Date Filed (f) or Converted (c): 12/28/07 (f)  
341(a) Meeting Date: 01/24/08  
Claims Bar Date: 04/14/08  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. LOT 75 KIVA WAY, LLC. (20% INTEREST) TRUSTEE ABANDONED | 240,000.00 | 240,000.00 | OA | 0.00 | FA |
| 24. LINCOLN PARK INVESTORS COMPANY (DEBTOR OWN 20% IN) TRUSTEE ABANDONED | 396,000.00 | 396,000.00 | OA | 0.00 | FA |
| 25. INTEREST IN HIGHLAND HEIGHTS, LLC. (25% INTEREST) TRUSTEE ABANDONED | 260,000.00 | 260,000.00 | OA | 0.00 | FA |
| 26. INTEREST IN OLD TOWNE STATION, LLC. (20.84% INTER) TRUSTEE ABANDONED | 1,242,080.00 | 1,242,080.00 | OA | 0.00 | FA |
| 27. INTEREST IN THE SHOPPES @ OLD TOWN ST. (20.84%) TRUSTEE ABANDONED | 660,880.00 | 660,880.00 | OA | 0.00 | FA |
| 28. INTEREST IN OXMOOR PLACE GROUP (20% INTEREST) TRUSTEE ABANDONED | 280,000.00 | 280,000.00 | OA | 0.00 | FA |
| 29. INTEREST IN OXMOOR HOMES, LLC. (20% INTEREST) TRUSTEE ABANDONED | 150,000.00 | 150,000.00 | OA | 0.00 | FA |
| 30. INTEREST IN WATERFORD GROUP, LLC. (OWNS 13.89%) TRUSTEE ABANDONED | 1,208,430.00 | 1,208,430.00 | OA | 0.00 | FA |
| 31. INTEREST IN LAGOON PARTNERS, LLC. (20.59% INTERES) | 0.00 | 0.00 | OA | 0.00 | FA |

LFORM1  
USBA Form 101-7-TDR (9/1/2009) (Page: 15)  
Ver: 15.20

| Case No: | 07-05917 | Judge: THOMAS B. BENNETT |
|---|---|---|
| Case Name: | CARROLL, LEE | |

| Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/28/07 (f) |
| 341(a) Meeting Date: | 01/24/08 |
| Claims Bar Date: | 04/14/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TRUSTEE ABANDONED | | | | | |
| 32. INTEREST IN IVAN'S PALMETTO, LLC. (OWNS 33.33% IN) TRUSTEE ABANDONED | 173,250.00 | 173,250.00 | OA | 0.00 | FA |
| 33. INTEREST IN GLENWOOD - 58 LAKESHORE (47.50%) TRUSTEE ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 34. INTEREST IN GLENWOOD (17.50% INTEREST) TRUSTEE ABANDONED | 735,000.00 | 735,000.00 | OA | 0.00 | FA |
| 35. INTEREST IN 6922 KIVA WAY, LLC. (7.1% INTEREST) TRUSTEE ABANDONED | 85,200.00 | 85,200.00 | OA | 0.00 | FA |
| 36. INTEREST IN SAN JUAN, LLC. (33% INTEREST) TRUSTEE ABANDONED | 247,000.00 | 247,000.00 | OA | 0.00 | FA |
| 37. INTEREST IN DYNA DEUCE, LLC. (50% INTEREST) TRUSTEE ABANDONED | 110,895.00 | 110,895.00 | OA | 0.00 | FA |
| 38. INTEREST IN GLENWOOD ROSS BRIDGE (6.25% INTEREST) TRUSTEE ABANDONED | 165,000.00 | 165,000.00 | OA | 0.00 | FA |
| 39. INTEREST IN CREEKSIDE EQUITIES (33% INTEREST) TRUSTEE ABANDONED | 1.00 | 1.00 | OA | 0.00 | FA |

Case No: 07-05917  Judge: THOMAS B. BENNETT
Case Name: CARROLL, LEE

Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE
Date Filed (f) or Converted (c): 12/28/07 (f)
341(a) Meeting Date: 01/24/08
Claims Bar Date: 04/14/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. LEE CARROLL VS. DORAND DEVELOPMENT, LLC. TRUSTEE ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 41. LEE CARROLL VS. SANDBOX PROPERTIES, LLC. TRUSTEE ABANDONED | 0.00 | 0.00 | OA | 0.00 | FA |
| 42. TAX REFUND RECEIVED POST PETITION (u) RECEIVED IN FULL ON 3/12/09 | Unknown | 0.00 | OA | 1,133.33 | FA |
| 43. TAX REFUND RECEIVED POST PETITION RECEIVED IN FULL ON 5/20/09 | 0.00 | 2,266.66 | OA | 2,266.66 | FA |

TOTALS (Excluding Unknown Values)  $7,468,643.43  $6,191,322.17  $83,484.73

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL REPORT FILED ON NOVEMBER 18, 2009
March 25, 2010: Final Distribution. Awaiting zero balance bank stmt. 90 day distribution period up 6/25/10. Will pay
unclaimed fnds to Clerk of Court and file Report of Unclaimed Funds after that date. July 01, 2010: Unclaimed funds
paid to Clerk of Court. Awaiting zero balance bank stmt.

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

LFORM1
USBA Form 101-7-TDR (9/1/2009) (Page: 17)

Ver: 15.20