FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| | |
|---|---|
| Case No: | 07-05917 -TBB |
| Case Name: | CARROLL, LEE |
| Taxpayer ID No: | *******9194 |
| For Period Ending: | 08/19/10 |

| | |
|---|---|
| Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Bank Name: | Bank Of America |
| Account Number / CD #: | *******0267 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/08 | 9 | ARTHUR C. CARROLL, III | SALE OF 40 ACRES IN MACON CO., AL | 1110-000 | 80,000.00 | | 80,000.00 |
| 05/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 3.91 | | 80,003.91 |
| 06/11/08 | 000101 | ASSET LIQUIDATORS, INC. 3902 ANGEL DRIVE BESSEMER, AL 35023 | AUCTIONEER FEE COURT ORDER DATED JUNE 10, 2008 | 3711-000 | | 8,000.00 | 72,003.91 |
| 06/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.19 | | 72,013.10 |
| 07/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 9.15 | | 72,022.25 |
| 08/21/08 | 000102 | W. DENNIS SCHILLING P. O. BOX: 55147 BIRMINGHAM, AL 35255 | ATTORNEY FEES & EXPENSES COURT ORDER DATED AUGUST 20, 2008 | 3210-000 | | 8,100.03 | 63,922.22 |
| 08/29/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 8.91 | | 63,931.13 |
| 09/30/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.86 | | 63,938.99 |
| 10/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 6.20 | | 63,945.19 |
| 11/28/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.23 | | 63,950.42 |
| 12/18/08 | 000103 | DEPARTMENT OF TREASURY | TAXES | 2810-000 | | 1,853.00 | 62,097.42 |
| 12/18/08 | 000104 | ALABAMA DEPARTMENT OF REVENUE | STATE TAXES | 2820-000 | | 2,293.00 | 59,804.42 |
| 12/31/08 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.47 | | 59,807.89 |
| 01/15/09 | 000105 | W. DENNIS SCHILLING P. O. BOX: 55147 BIRMINGHAM, AL 35255 | ATTORNEY FEES & EXPENSES COURT ORDER DATED JANUARY 14, 2009 | 3210-000 | | 2,282.39 | 57,525.50 |
| 01/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.02 | | 57,526.52 |
| 02/27/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.88 | | 57,527.40 |
| 03/12/09 | 42 | BLUE DOOR INTERIORS, INC. | TAX REFUND | 1224-000 | 1,133.33 | | 58,660.73 |
| 03/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.99 | | 58,661.72 |
| * 04/16/09 | 000106 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE SUITE 420 701 POYDRAS STREET | BLANKET BOND PREMIUM - #016027432 | 2300-003 | | 52.26 | 58,609.46 |

Page Subtotals 81,190.14 22,580.68

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 18)

Case 07-05917-TBB7   Doc 230-1   Filed 09/28/10   Entered 09/28/10 10:45:31   Desc
Exhibit #9   Page 1 of 16

| Case No: | 07-05917 -TBB | | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | CARROLL, LEE | | Bank Name: | Bank Of America |
| | | | Account Number / CD #: | *******0267 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9194 | | | |
| For Period Ending: | 08/19/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 04/27/09 | 000106 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM - #016027432 | 2300-003 | | -52.26 | 58,661.72 |
| 04/27/09 | 000107 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | BLANKET BOND PREMIUM - #016027432 | 2300-000 | | 55.75 | 58,605.97 |
| 04/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.41 | | 58,608.38 |
| 05/20/09 | 43 | BLUE DOOR INTERIORS | TAX REFUND | 1224-000 | 2,266.66 | | 60,875.04 |
| 05/29/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.50 | | 60,877.54 |
| 06/02/09 | 000108 | MR. EDMOND R. DENABURG, CPA 2649 ROCKY RIDGE LANE BIRMINGHAM, ALABAMA 35216 | ACCOUNTANT FEES & EXPENSES | 3410-000 | | 5,357.10 | 55,520.44 |
| 06/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.51 | | 55,522.95 |
| 07/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.59 | | 55,525.54 |
| 08/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.39 | | 55,527.93 |
| 09/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.28 | | 55,530.21 |
| 10/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.35 | | 55,532.56 |
| 11/30/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.29 | | 55,534.85 |
| 12/31/09 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.36 | | 55,537.21 |
| 01/29/10 | 1 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.36 | | 55,539.57 |
| 02/24/10 | 1 | Bank Of America | INTEREST REC'D FROM BANK | 1270-000 | 1.68 | | 55,541.25 |
| 03/01/10 | | Transfer to Acct #*******7512 | Bank Funds Transfer | 9999-000 | | 55,541.25 | 0.00 |

Page Subtotals  2,292.38   60,901.84

Ver: 15.20 -

| Case No: | 07-05917 -TBB | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Case Name: | CARROLL, LEE | Bank Name: | Bank Of America |
| | | Account Number / CD #: | *******0267 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9194 | | |
| For Period Ending: | 08/19/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 83,482.52 | 83,482.52 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 55,541.25 | |
| | | | Subtotal | | 83,482.52 | 27,941.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 83,482.52 | 27,941.27 | |

Page Subtotals     0.00     0.00

Ver: 15.20

LFORM24  
USBA Form 101-7-TDR (9/1/2009) (Page: 20)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-05917 -TBB
Case Name: CARROLL, LEE
Taxpayer ID No: *******9194
For Period Ending: 08/19/10

Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE
Bank Name: Bank Of America
Account Number / CD #: *******7512 Money Market Account (Interest Earn
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 5,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/10 | 1 | Bank Of America | Interest Rate 0.050 | 1270-000 | 0.38 | | 0.38 |
| 03/01/10 | | Transfer from Acct #*******0267 | Bank Funds Transfer | 9999-000 | 55,541.25 | | 55,541.63 |
| 03/25/10 | 1 | Bank Of America | INTEREST REC'D FROM BANK | 1270-000 | 1.83 | | 55,543.46 |
| 03/25/10 | | Transfer to Acct #*******7538 | Final Posting Transfer | 9999-000 | | 55,543.46 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 55,543.46 | 55,543.46 | 0.00 |
| Less: Bank Transfers/CD's | 55,541.25 | 55,543.46 | |
| Subtotal | 2.21 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2.21 | 0.00 | |

Page Subtotals  55,543.46   55,543.46

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 21)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05917 -TBB | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|
| Case Name: | CARROLL, LEE | Bank Name: | Bank Of America |
| | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | |
| For Period Ending: | 08/19/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/10 | | Transfer from Acct #*******7512 | Transfer In From MMA Account | 9999-000 | 55,543.46 | | 55,543.46 |
| 03/25/10 | 000101 | MAX C. POPE, TRUSTEE | TRUSTEE FEES | 2100-000 | | 7,423.69 | 48,119.77 |
| | | 925 FINANCIAL CENTER | | | | | |
| | | BIRMINGHAM, AL 35203 | | | | | |
| 03/25/10 | 000102 | M & F Bank | Claim 000002 | 7100-000 | | 7,123.66 | 40,996.11 |
| | | c/o Burt Newsome, atty | | | | | |
| | | 4320 Eagle Point Parkway | | | | | |
| | | Birmingham, AL 35242 | | | | | |
| 03/25/10 | 000103 | Bundren Plumbing LLC | Claim 000005 | 7100-000 | | 9.48 | 40,986.63 |
| | | 419 Co Rd 321 | | | | | |
| | | Oxford, MS 38655 | | | | | |
| 03/25/10 | 000104 | Ram Tool Inc | Claim 000006 | 7100-000 | | 57.67 | 40,928.96 |
| | | P. O. box 320979 | | | | | |
| | | Birmingham, AL 35232 | | | | | |
| 03/25/10 | 000105 | Alabama Graphics | Claim 000007 | 7100-000 | | 15.99 | 40,912.97 |
| | | 2801 5th Avenue S | | | | | |
| | | Birmingham, AL 35233 | | | | | |
| 03/25/10 | 000106 | Southern Sash Supply | Claim 000008 | 7100-000 | | 19.81 | 40,893.16 |
| | | P. O. Box 9408 | | | | | |
| | | Montgomery, AL 36108 | | | | | |
| 03/25/10 | 000107 | Bird Fasteners | Claim 000009 | 7100-000 | | 15.47 | 40,877.69 |
| | | 7543 hwy 70 | | | | | |
| | | Memphis, TN 38133 | | | | | |
| 03/25/10 | 000108 | Matthew Davis Construction | Claim 000010 | 7100-000 | | 7.17 | 40,870.52 |
| | | 20 Lee Rd 48 | | | | | |
| | | Opelika, AL 36804 | | | | | |
| 03/25/10 | 000109 | Billingsly Drywal & Supply | Claim 000011 | 7100-000 | | 41.71 | 40,828.81 |
| | | P. O. Box 685 | | | | | |
| | | Senatobia, MS 38668 | | | | | |
| | | | Page Subtotals | | 55,543.46 | 14,714.65 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) *(Page: 22)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05917 -TBB | | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | CARROLL, LEE | | Bank Name: | Bank Of America |
| | | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | | |
| For Period Ending: | 08/19/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000110 | Ford Lumber of Robertsdale Inc<br>P. O. Box 867<br>Robertsdale, AL 36567 | Claim 000013 | 7100-000 | | 13.40 | 40,815.41 |
| * 03/25/10 | 000111 | TCI Memphis<br>5331 Republic Dr<br>Memphis, TN 38118 | Claim 000015<br>(15-2) Installed Construction Materials | 7100-003 | | 55.34 | 40,760.07 |
| 03/25/10 | 000112 | Bruce L. Gordon, Esq.<br>Gordon Dana Still Knight & Gilmore, LLC<br>600 University Park Place, Suite 100<br>Birmingham, Alabama 35209 | Claim 000016 | 7100-000 | | 21.32 | 40,738.75 |
| 03/25/10 | 000113 | Drain Right Guttering of Al<br>325 Hwy 361<br>Pelham, AL 35124 | Claim 000017 | 7100-000 | | 10.58 | 40,728.17 |
| 03/25/10 | 000114 | DBI Inc<br>3031 Dublin Cir<br>Bessemer, AL 35022 | Claim 000018 | 7100-000 | | 5.47 | 40,722.70 |
| * 03/25/10 | 000115 | Labor Finders<br>106 Broadway<br>Summerdale, AL 36580 | Claim 000019 | 7100-003 | | 5.44 | 40,717.26 |
| 03/25/10 | 000116 | Tractor & Equipment Co Inc<br>P. O. Box 12326<br>Birmingham, AL 35201 | Claim 000021 | 7100-000 | | 64.16 | 40,653.10 |
| 03/25/10 | 000117 | RB Atkins & Assoc.<br>101 Lyon Ln<br>Birmingham, AL 35211 | Claim 000022 | 7100-000 | | 9.89 | 40,643.21 |
| 03/25/10 | 000118 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000023 | 7100-000 | | 538.28 | 40,104.93 |
| 03/25/10 | 000119 | Air & Heat Service Co | Claim 000024 | 7100-000 | | 22.63 | 40,082.30 |

Page Subtotals  0.00  746.51

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 23)

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 07-05917 -TBB | | | Trustee Name: | | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Case Name: | CARROLL, LEE | | | Bank Name: | | Bank Of America |
| | | | | Account Number / CD #: | | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | | | | |
| For Period Ending: | 08/19/10 | | | Blanket Bond (per case limit): | | |
| | | | | Separate Bond (if applicable): | | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000120 | P. O. Box 309<br>Byhalia, MS 38611<br>Southern Earth Sciences Inc<br>P. O. box 160745<br>Mobile, AL 36616 | Claim 000025 | 7100-000 | | 8.10 | 40,074.20 |
| 03/25/10 | 000121 | Atlanta West Carpets Alabama Div<br>1850 Westfork Drive<br>P O Box 1159<br>Lithia Springs, GA 30122 | Claim 000026 | 7100-000 | | 293.21 | 39,780.99 |
| 03/25/10 | 000122 | CIT Technology Processing Solutions Inc.<br>Bankruptcy Processing Solutions Inc.<br>800 E. Sonterra Blvd. Suite 240<br>San Antonio, TX 78258 | Claim 000027<br>(27-1) 05/17/07 | 7100-000 | | 58.71 | 39,722.28 |
| 03/25/10 | 000123 | CIT Technology Processing Solutions Inc.<br>Bankruptcy Processing Solutions Inc.<br>800 E. Sonterra Blvd. Suite 240<br>San Antonio, TX 78258 | Claim 000028<br>(28-1) 04/05/06 | 7100-000 | | 23.44 | 39,698.84 |
| 03/25/10 | 000124 | CIT Technology Processing Solutions Inc.<br>Bankruptcy Processing Solutions Inc.<br>800 E. Sonterra Blvd. Suite 240<br>San Antonio, TX 78258 | Claim 000029<br>(29-1) 12/30/05 | 7100-000 | | 28.34 | 39,670.50 |
| 03/25/10 | 000125 | V & W Supply<br>P. O. Box 10562<br>Birmingham, AL 35202 | Claim 000031 | 7100-000 | | 31.31 | 39,639.19 |
| 03/25/10 | 000126 | Covington Flooring Co<br>P. O. Box 19968<br>Birmingham, AL 35219 | Claim 000034<br>(34-1) Flooring Installed | 7100-000 | | 6.42 | 39,632.77 |
| 03/25/10 | 000127 | TC Construction<br>516 A Co Rd 210<br>Abbeville, MS 38601 | Claim 000035 | 7100-000 | | 12.45 | 39,620.32 |
| | | | Page Subtotals | | 0.00 | 461.98 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 24)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05917 -TBB | | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | CARROLL, LEE | | Bank Name: | Bank Of America |
| | | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | | |
| For Period Ending: | 08/19/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000128 | Penhall Company<br>2130 Gateway Blvd<br>Charlotte NC 28208 | Claim 000036 | 7100-000 | | 11.39 | 39,608.93 |
| 03/25/10 | 000129 | Sherwin Williams<br>Atlanta Credit Office<br>PO Box 450526<br>Atlanta, GA 31145 | Claim 000038 | 7100-000 | | 8.93 | 39,600.00 |
| * 03/25/10 | 000130 | Christian Testing Laboratories<br>P. O. Box 3218<br>Montgomery, AL 36109 | Claim 000040<br>(40-1) Goods, Materials And Services | 7100-004 | | 34.63 | 39,565.37 |
| 03/25/10 | 000131 | Cabinets Unlimited<br>428 Co Rd 371<br>Water Valley, MS 38965 | Claim 000041<br>(41-1) Services Performed | 7100-000 | | 34.63 | 39,530.74 |
| * 03/25/10 | 000132 | American Johnny of N MS Inc<br>P. O. Box 1496<br>Oxford, MS 38655 | Claim 000043 | 7100-004 | | 6.45 | 39,524.29 |
| 03/25/10 | 000133 | Mechanics Bank<br>c/o James P. Wilson, Jr.<br>P. O. Box 1366<br>Columbus, MS 39703-1366 | Claim 000044<br>(44-2) Amended Proof of Claim<br>(44-2) amended to reflect correct amount of claim as of date case filed | 7100-000 | | 1,606.71 | 37,917.58 |
| 03/25/10 | 000134 | Regions Charity Classic<br>100 Grandview Place Ste 110<br>Birmingham, AL 35243 | Claim 000045<br>(45-1) Program Ad Sold | 7100-000 | | 11.39 | 37,906.19 |
| 03/25/10 | 000135 | Spring Hill Lighting & Supply, Inc.<br>P. O. Box 91717<br>Mobile, Alabama 36691 | Claim 000046 | 7100-000 | | 39.13 | 37,867.06 |
| * 03/25/10 | 000136 | Magnolia Plumbing<br>14764 Co Rd 9<br>Summerdale, AL 36580 | Claim 000047<br>(47-1) Plumbing Services & Material | 7100-003 | | 17.67 | 37,849.39 |
| | | | Page Subtotals | | 0.00 | 1,770.93 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) *(Page: 25)*

<pre>
FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
</pre>

Page: 9
Exhibit 9

Case No: 07-05917 -TBB
Case Name: CARROLL, LEE
Taxpayer ID No: *******9194
For Period Ending: 08/19/10

Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE
Bank Name: Bank Of America
Account Number / CD #: *******7538 Checking Account (Non-Interest Earn
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 5,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000137 | Reynolds Ready Mix<br>c/o Johnstone, Adams, et al.<br>P O Box 1988<br>Mobile, AL 36633 | Claim 000048<br>(48-1) Goods Sold | 7100-000 | | 81.47 | 37,767.92 |
| 03/25/10 | 000138 | First Commercial Bank - c/o Clark Hammond<br>569 Brookwood Village, Ste. 901<br>Birmingham, AL 35209 | Claim 000049A<br>(49-1) Real Estate - Secured line of credit | 7100-000 | | 1,530.72 | 36,237.20 |
| 03/25/10 | 000139 | Citadale Broadcasting Co<br>244 Goodwin Crest Dr 300<br>Birmingham, AL 35209 | Claim 000050<br>(50-1) 1/2 Advertising Invoices | 7100-000 | | 8.14 | 36,229.06 |
| 03/25/10 | 000140 | Environmental Service of South<br>P. O. Box 1777<br>Clarksdale, MS 38614 | Claim 000053<br>(53-1) Services Performed | 7100-000 | | 12.41 | 36,216.65 |
| 03/25/10 | 000141 | Whitney National Bank<br>P. O. Box 9789<br>Mobile, AL 36691 | Claim 000054<br>(54-1) Money Loaned | 7100-000 | | 17,267.20 | 18,949.45 |
| 03/25/10 | 000142 | Precision Surveying LLC<br>P. O. Box 58<br>Auburn, AL 36831 | Claim 000055<br>(55-1) Surveying Services Provided | 7100-000 | | 15.55 | 18,933.90 |
| 03/25/10 | 000143 | Hutchinson Moore & Rauch LLC<br>P. O. Box 1127<br>Daphne, AL 36526 | Claim 000056<br>(56-1) Professional Engineering Services | 7100-000 | | 126.02 | 18,807.88 |
| 03/25/10 | 000144 | Thompson Supply Co<br>P. O. Box 2860<br>Opelika, AL 36803 | Claim 000057<br>(57-1) Goods Sold | 7100-000 | | 14.28 | 18,793.60 |
| 03/25/10 | 000145 | Auburn Millwork<br>P. O. Box 1307<br>Auburn, AL 36830-1307 | Claim 000058<br>(58-1) Materials Sold | 7100-000 | | 43.40 | 18,750.20 |
| * 03/25/10 | 000146 | Vinyl Masters<br>7505 Heath Rd | Claim 000060<br>(60-1) Services Performed | 7100-003 | | 27.27 | 18,722.93 |

Page Subtotals 0.00 19,126.46

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 26)

<pre>
Case 07-05917-TBB7    Doc 230-1    Filed 09/28/10    Entered 09/28/10 10:45:31    Desc
Exhibit #9    Page 9 of 16
</pre>

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10
Exhibit 9

| | |
|---|---|
| Case No: | 07-05917 -TBB |
| Case Name: | CARROLL, LEE |
| Taxpayer ID No: | *******9194 |
| For Period Ending: | 08/19/10 |

| | |
|---|---|
| Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Bank Name: | Bank Of America |
| Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Waverly, AL 36879 | | | | | |
| * 03/25/10 | 000147 | Vinyl Masters<br>7505 Heath Rd<br>Waverly, AL 36879 | Claim 000061<br>(61-1) Services Performed | 7100-003 | | 24.04 | 18,698.89 |
| 03/25/10 | 000148 | FOUNTAIN BUILDING & SUPPLY<br>SIROTE & PERMUTT / RODNEY E NOLEN<br>2311 HIGHLAND AVE SOUTH<br>BIRMINGHAM, AL 35255 | Claim 000062<br>(62-1) AMOUNT OF CLAIM AS OF DATE<br>CASE FILED | 7100-000 | | 356.39 | 18,342.50 |
| 03/25/10 | 000149 | Jenkins Brick Company<br>c/o Atty. J. Michael Williams, Jr.<br>P O Box 1068<br>Auburn, AL 36831-1068 | Claim 000063A<br>(63-1) Lien And Acct. Owed - Suit | 7100-000 | | 12.10 | 18,330.40 |
| 03/25/10 | 000150 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000065 | 7100-000 | | 56.67 | 18,273.73 |
| 03/25/10 | 000151 | American Express Travel Related Svcs Co<br>Inc Corp Card<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000066 | 7100-000 | | 135.17 | 18,138.56 |
| 03/25/10 | 000152 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054<br>Attn: Bankruptcy Dpt | Claim 000067<br>(67-1) Lease - Personal<br>Guaranty<br>(67-1) 1-303302-1 | 7100-000 | | 17.46 | 18,121.10 |
| 03/25/10 | 000153 | Builders First Source<br>5515 Veterans Pkwy<br>Columbus, GA 31904 | Claim 000068<br>(68-1) Goods Sold | 7100-000 | | 216.41 | 17,904.69 |
| * 03/25/10 | 000154 | Winkler Properties LLC<br>1528 Ferndale Drive | Claim 000069<br>(69-1) Money Loaned And Agreement | 7100-004 | | 162.78 | 17,741.91 |
| | | | Page Subtotals | | 0.00 | 981.02 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 27)

Case 07-05917-TBB7   Doc 230-1   Filed 09/28/10   Entered 09/28/10 10:45:31   Desc
Exhibit #9   Page 10 of 16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 07-05917 -TBB |
| Case Name: | CARROLL, LEE |
| Taxpayer ID No: | *******9194 |
| For Period Ending: | 08/19/10 |

| | |
|---|---|
| Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Bank Name: | Bank Of America |
| Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000155 | American Builders & Contractors Supply Co., Inc. c/o C. Paul Davis 2315 Market Place, Suite E Huntsville, AL 35801 Auburn, AL 36830 | For Full Recovery Claim 000070 | 7100-000 | | 51.82 | 17,690.09 |
| 03/25/10 | 000156 | FIA Card Services, N.A. Attn: Mr. BK 1000 Samoset Dr. DE5-023-03-03 Newark, DE 19713 | Claim 000071 (71-1) 7185 | 7100-000 | | 11.46 | 17,678.63 |
| 03/25/10 | 000157 | FIA Card Services, N.A. Attn: Mr. BK 1000 Samoset Dr. DE5-023-03-03 Newark, DE 19713 | Claim 000072 (72-1) 7207 | 7100-000 | | 30.84 | 17,647.79 |
| 03/25/10 | 000158 | Starnes & Atchison LLP PO Box 598512 Birmingham, AL 35259-8512 | Claim 000073 (73-1) Attorney"s Fees | 7100-000 | | 54.46 | 17,593.33 |
| 03/25/10 | 000159 | Macknally Ross Land Design, PC 420 20th Street North Suite 1600 Birmingham, AL 35203 | Claim 000074 (74-1) Services performed (74-1) formerly known as Ross Land Design, PC | 7100-000 | | 14.50 | 17,578.83 |
| 03/25/10 | 000160 | Baldwin County Fence Co 22996 River Rd S Daphne, AL 36526 | Claim 000075 (75-1) proof of claim services | 7100-000 | | 7.54 | 17,571.29 |
| 03/25/10 | 000161 | Holiday Plumbing Service c/o Russo, White & Keller, P.C. 315 Gadsden Highway, Suite D Birmingham, AL 35235 | Claim 000076 (76-1) Services performed | 7100-000 | | 22.24 | 17,549.05 |
| 03/25/10 | 000162 | Steadivest Capital, LLC, f/k/a Tactical Financial | Claim 000077 | 7100-000 | | 3,453.46 | 14,095.59 |
| | | | Page Subtotals | | 0.00 | 3,646.32 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 28)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05917 -TBB | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|
| Case Name: | CARROLL, LEE | Bank Name: | Bank Of America |
| | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | |
| For Period Ending: | 08/19/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/25/10 | 000163 | 2311 Highland Avenue South<br>Birmingham, AL 35205<br>Bowe Creative Group, Inc.<br>c/o C. Ellis Brazeal III<br>Walston, Wells & Birchall, LLP<br>1819 5th Ave N. Ste. 1100<br>Birmingham, AL 35203 | (77-1) Personal Guarantee<br><br>Claim 000078 | 7100-004 | | 81.39 | 14,014.20 |
| 03/25/10 | 000164 | Gulf Development LLC<br>c/o Rex Thorn<br>339 Ware Hill Drive<br>Montgomery, AL 36109<br>Telephone: (334) 279-0650 | Claim 000079<br>(79-1) Deficiency - Guaranty | 7100-000 | | 250.76 | 13,763.44 |
| * 03/25/10 | 000165 | Wade Cowden<br>c/o C. Ellis Brazeal III<br>Walston Wells & Birchall LLP<br>1819 5th Ave N Ste 1100<br>B"ham, AL 35203 | Claim 000080 | 7100-004 | | 325.55 | 13,437.89 |
| 03/25/10 | 000166 | Old South Brick Supply Comp<br>c/o Wm. Rogers, Attorney for Claimant<br>PO Box 842<br>Oxford, MS 38655 | Claim 000082 | 7100-000 | | 188.51 | 13,249.38 |
| 03/25/10 | 000167 | Kathleen Bey<br>c/o C. Ellis Brazeal III<br>Walston, Wells & Birchall, LLP<br>1819 5th Ave N. Ste 1100<br>Birmingham, AL 35203 | Claim 000087 | 7100-000 | | 244.16 | 13,005.22 |
| 03/25/10 | 000168 | Victor and Ann Bey<br>c/o C. Ellis Brazeal III<br>Walston, Wells & Birchall LLP<br>1819 5th Ave N Ste 1100 | Claim 000089 | 7100-000 | | 244.16 | 12,761.06 |
| | | | Page Subtotals | | 0.00 | 1,334.53 | |

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) *(Page: 29)*

Case 07-05917-TBB7    Doc 230-1    Filed 09/28/10    Entered 09/28/10 10:45:31    Desc
Exhibit #9    Page 12 of 16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 07-05917 -TBB | | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
| Case Name: | CARROLL, LEE | | Bank Name: | Bank Of America |
| | | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | | |
| For Period Ending: | 08/19/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/10 | 000169 | Third Phase Electric<br>c/o Wm. Rogers, Attorney<br>P O Box 842<br>Oxford, MS 38655<br>Birmingham, AL 35203 | Claim 000090<br>(90-1) Labor And Materials<br>Furnished To Construction Sites | 7100-000 | | 130.57 | 12,630.49 |
| 03/25/10 | 000170 | Elliott Lumber Inc<br>c/o Wm. Rogers, Attorney<br>P. O. Box 842<br>Oxford, MS 38655 | Claim 000091<br>(91-1) Promissory Note | 7100-000 | | 143.61 | 12,486.88 |
| 03/25/10 | 000171 | Elliott Lumber Inc<br>c/o Wm. Rogers, Attorney<br>P. O. Box 842<br>Oxford, MS 38655 | Claim 000092<br>(92-1) Material Furnished To<br>Construction Sites | 7100-000 | | 295.19 | 12,191.69 |
| 03/25/10 | 000172 | Smith Building Supply Inc<br>c/o Wm. Rogers, Attorney<br>P O Box 842<br>Oxford, MS 38655 | Claim 000093<br>(93-1) Materials Furnished To<br>Construction Site | 7100-000 | | 216.02 | 11,975.67 |
| * 03/25/10 | 000173 | Regions Bank<br>c/o Chris Hawkins, Esq.<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 | Claim 000094<br>(94-1) Unconditional Guaranty of<br>Loan Obligations of Glenwood - Ross Bridge, LLC to<br>Regions Bank(94-2) Unconditional Guaranty of Loan<br>Obligations of Glenwood - Ross Bridge LLC to<br>Regions Bank | 7100-004 | | 11,943.90 | 31.77 |
| 03/25/10 | 000174 | United States Bankruptcy Court<br>AL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM #  CLAIM #  DIVIDEND<br>3  000003  4.06 | | | 31.77 | 0.00 |

Page Subtotals   0.00   12,761.06

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 30)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-05917 -TBB | | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|---|
| Case Name: | CARROLL, LEE | | Bank Name: | Bank Of America |
| | | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | | |
| For Period Ending: | 08/19/10 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | 4 | 000004 | 1.30 | | | |
| | | | 12 | 000012 | 2.77 | | | |
| | | | 14 | 000014 | 2.78 | | | |
| | | | 20 | 000020 | 3.57 | | | |
| | | | 30 | 000030 | 3.31 | | | |
| | | | 32 | 000032 | 0.76 | | | |
| | | | 33 | 000033 | 3.74 | | | |
| | | | 37 | 000037 | 2.93 | | | |
| | | | 42 | 000042 | 3.43 | | | |
| | | | 60 | 000059 | 2.81 | | | |
| | | | 66 | 000064 | 0.31 | | | |
| * 06/28/10 | 000111 | TCI Memphis<br>5331 Republic Dr<br>Memphis, TN 38118 | Claim 000015 | | | 7100-003 | | -55.34 | 55.34 |
| * 06/28/10 | 000115 | Labor Finders<br>106 Broadway<br>Summerdale, AL 36580 | Claim 000019 | | | 7100-003 | | -5.44 | 60.78 |
| * 06/28/10 | 000130 | Christian Testing Laboratories<br>P. O. Box 3218<br>Montgomery, AL 36109 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | 7100-004 | | -34.63 | 95.41 |
| * 06/28/10 | 000132 | American Johnny of N MS Inc<br>P. O. Box 1496<br>Oxford, MS 38655 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | | | 7100-004 | | -6.45 | 101.86 |
| * 06/28/10 | 000136 | Magnolia Plumbing<br>14764 Co Rd 9<br>Summerdale, AL 36580 | Claim 000047 | | | 7100-003 | | -17.67 | 119.53 |
| * 06/28/10 | 000146 | Vinyl Masters<br>7505 Heath Rd<br>Waverly, AL 36879 | Claim 000060 | | | 7100-003 | | -27.27 | 146.80 |
| * 06/28/10 | 000147 | Vinyl Masters | Claim 000061 | | | 7100-003 | | -24.04 | 170.84 |

Page Subtotals 0.00 -170.84

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 31)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 15

Exhibit 9

Case No: 07-05917 -TBB
Case Name: CARROLL, LEE
Taxpayer ID No: *******9194
For Period Ending: 08/19/10

Trustee Name: JAMES G. HENDERSON, CH. 7 TRUSTEE
Bank Name: Bank Of America
Account Number / CD #: *******7538 Checking Account (Non-Interest Earn
Blanket Bond (per case limit):
Separate Bond (if applicable): $ 5,000,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 06/28/10 | 000154 | 7505 Heath Rd<br>Waverly, AL 36879<br>Winkler Properties LLC | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -162.78 | 333.62 |
| * 06/28/10 | 000163 | 1528 Ferndale Drive<br>Auburn, AL 36830<br>Bowe Creative Group, Inc.<br>c/o C. Ellis Brazeal III<br>Walston, Wells & Birchall, LLP<br>1819 5th Ave N. Ste. 1100<br>Birmingham, AL 35203 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -81.39 | 415.01 |
| * 06/28/10 | 000165 | Wade Cowden<br>c/o C. Ellis Brazeal III<br>Walston Wells & Birchall LLP<br>1819 5th Ave N Ste 1100<br>B"ham, AL 35203 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -325.55 | 740.56 |
| * 06/28/10 | 000173 | Regions Bank<br>c/o Chris Hawkins, Esq.<br>Bradley Arant Rose & White LLP<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -11,943.90 | 12,684.46 |
| 07/01/10 | 000175 | Clerk, U.S. Bankruptcy Court<br>1800 Fifth Avenue North<br>Birmingham, AL 35203 | Funds Remitted to Court<br>(Unclaimed Funds and/or Stale Dated Distribution Checks) | 7100-000 | | 12,684.46 | 0.00 |

Page Subtotals 0.00 170.84

Ver: 15.20

LFORM24
USBA Form 101-7-TDR (9/1/2009) (Page: 32)

Case 07-05917-TBB7  Doc 230-1  Filed 09/28/10  Entered 09/28/10 10:45:31  Desc Exhibit #9  Page 15 of 16

| Case No: | 07-05917 -TBB | Trustee Name: | JAMES G. HENDERSON, CH. 7 TRUSTEE |
|---|---|---|---|
| Case Name: | CARROLL, LEE | Bank Name: | Bank Of America |
| | | Account Number / CD #: | *******7538 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9194 | | |
| For Period Ending: | 08/19/10 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 5,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 55,543.46 | 55,543.46 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 55,543.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 55,543.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 55,543.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******0267 | 83,482.52 | 27,941.27 | 0.00 |
| Money Market Account (Interest Earn - *******7512 | 2.21 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******7538 | 0.00 | 55,543.46 | 0.00 |
| | 83,484.73 | 83,484.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 15.20

LFORM24  
USBA Form 101-7-TDR (9/1/2009) (Page: 33)